IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUBEN DUCKWORTH**                                                                             **PLAINTIFF**

**V.**                      **CASE NO.  4:10CV02033 JMM**

**AT&T SERVICES, ET AL.**                                                     **DEFENDANT**

## ORDER

Plaintiff's Motion in Limine, to Compel, and to Extend Discovery Deadline is granted in part and denied in part (#25).

The Court denies the motion to the extent that it will not require the fact depositions held to date to be designated as Rule 30(b)(6) depositions.

The motion is granted to the extent that the Court will extend Rule 30(b)(6) deposition, Motion for Summary Judgment and Motion to Dismiss deadlines.  The deadline for Rule 30(b)(6) depositions is extended up to, and including, December 22, 2011.  The deadline for filing Motions to Dismiss or Motions for Summary Judgment is extended up to, and including, January 5, 2012.  Responses to Motion to Dismiss and Summary Judgments shall be due on, or before, January 19, 2012.  Reply briefs are allowed for Motions for Summary Judgment and those will be due on January 26, 2012.

All other deadlines set forth in the Court's Scheduling Order remain the same.

Based upon a trial date of February 21, 2012, the parties should be aware that a decision upon any pending Motion for Summary Judgment or Motion to Dismiss may not be made until

the week of trial.

Each party is to bear their own costs for any subsequent Rule 30(b)(6) depositions and for the Motions in Limine, to Compel and To extend Discovery Deadline filed by Plaintiff.

IT IS SO ORDERED THIS  1   day of  December , 2011.

James M. Moody
United States District Judge