IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBEN DUCKWORTH                                                                    PLAINTIFF

Vs.                              CASE NO.  4:10cv02033 JMM

A T & T SERVICES, INC.                                                              DEFENDANTS
SOUTHWESTERN BELL TELEPHONE COMPANY and
A T & T CORPORATION

## ORDER

Based on the Notice of Settlement as to all Defendants filed this date (DE #32), the jury trial scheduled February 21, 2012 and all remaining deadlines are canceled.

All pending motions are moot at this time.

The parties are directed to file a Stipulation of Dismissal once the settlement agreement has been executed.

IT IS SO ORDERED this 13th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE