**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RUBEN DUCKWORTH**                                                                                        **PLAINTIFF**

V.                                        CASE NO.  4:10CV002033 JMM

**AT & T SERVICES, INC., ET AL.**                                                              **DEFENDANTS**

ORDER

On January 13, 2012, the parties notified the Court that the above styled case had settled and that the parties would file a stipulation of dismissal as soon as practicable once the settlement agreement had been executed.

The parties are directed to file a status report on the stipulation of dismissal or a stipulation of dismissal within 7 days of this Order.  Absent a status report or a stipulation of dismissal the Court will enter an Order dismissing the complaint with prejudice.

IT IS SO ORDERED THIS   7    day of   June  , 2012.

_____
James M. Moody
United States District Judge