IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

**RUBEN DUCKWORTH**                                                                             **PLAINTIFF**

V.                                             **CASE NO.  4:10CV002033 JMM**

**AT & T SERVICES, INC., ET AL.**                                             **DEFENDANTS**

ORDER

On January 13, 2012, the parties notified the Court that the above styled case had settled and that the parties would file a stipulation of dismissal as soon as practicable once the settlement agreement had been executed.

The parties are directed to file a status report on the stipulation of dismissal or a stipulation of dismissal within 7 days of this Order.  Absent a status report or a stipulation of dismissal the Court will enter an Order dismissing the complaint with prejudice.

IT IS SO ORDERED THIS   7   day of   June  , 2012.

*/s/ James M. Moody*
James M. Moody
United States District Judge