IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUBEN DUCKWORTH**                                                                                         **PLAINTIFF**

V.                                              CASE NO.  4:10CV02033 JMM

**AT&T SERVICES, ET AL.**                                                                        **DEFENDANTS**

## ORDER

Based upon the resolution of this case, Plaintiff's Motion To Dismiss is granted (#35). All Plaintiff's claims are dismissed, the Clerk of the Court is directed to close the case, and the parties are to bear their own costs and fees.

IT IS SO ORDERED THIS   18    day of  June , 2012.

_____
James M. Moody
United States District Judge